**Order entered November 13, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01000-CV

**FAVOUR LEASING, LLC, ET AL., Appellants**

**V.**

**PATRICK J. MULLIGAN, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14667-A**

## ORDER

We **GRANT** appellants' November 6, 2013 motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before November 25, 2013.

/s/     DAVID LEWIS
JUSTICE